**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**

**HUGO MALTEZ,**

       Plaintiff,

**vs.**                      **CIRCUIT CASE NO.   16-25091-CIV-SCOLA**

**SKY LEASE I INC.**

       Defendant,

_____/

## STATEMENT OF CLAIM

The Plaintiff, **HUGO MALTEZ**, by and through the undersigned counsel, pursuant to the order of this Honorable Court dated December 12, 2016, files this his statement of claim and states:

Overt time wages from November 2015 to April 2016 $17,353.31*   (x's 2 =$34,706.62)
*Overtime wages due from contract same as above with out statutory penalty
Vacation                                                                                        $ 4,188.64
Expenses                                                                   $   200.00
Sept over time                                        $   160.00*              (x's 2 = $360.00)
Medical Ins.                                                                                $   274.02

Attorney's Fees                                                                           $ 4,800.00
Costs                                                                                            $   470.00.
_____
Total Claim :                                                                              $ 44,525.26

_____

*Law Offices of Richard J. Caldwell, P.A., 66 West Flagler Street, Suite #601, Miami, FL 33130*
*Email: richard@caldwell.legal   Telephone: (305) 529-1040*

_____

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed using the **CM/ECF** filing system, on this _2__day of January, 2017, and same will be served by clerk and the undersigned via electronic e-mailed upon defense counsel, Candice Pinares-Baez, Esq. cpinares-baez@fisherphillips.com.

**LAW OFFICES OF RICHARD J. CALDWELL PA**
Attorneys for Plaintiff
66 West Flagler Street, Suite #601
Miami, FL 33130
(305) 529-1040


BY:____//S//*Richard J. Caldwell*_____
  Richard J. Caldwell,
  Florida Bar No. 825654

---

*Law Offices of Richard J. Caldwell, P.A., 66 West Flagler Street, Suite #601, Miami, FL 33130*
*Email: richard@caldwell.legal   Telephone: (305) 529-1040*

---