UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  16-25091-CIV-SCOLA

HUGO MALTEZ,

    Plaintiff,

v.

SKY LEASE I INC,

    Defendant.
_____/

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendant, Sky Lease I Inc. (hereinafter "Defendant"), pursuant to the Court's December 12, 2016 Order [D.E. 5], hereby files this response to the Statement of Claim filed by Plaintiff, Hugo Maltez ("Plaintiff") [D.E. 7], and states the following:

Defendant denies Plaintiff's allegations in his Statement of Claim.  Plaintiff was properly compensated for all hours worked during his employment with Defendant.  Plaintiff's claims are barred because the work performed falls within the exemption provided for in 29 U.S.C. § 213(b)(3).

Date:   January 17, 2017

Respectfully submitted,

By:   s/Candice C. Pinares-Baez
Steven A. Siegel
Fla. Bar No. 497274
ssiegel@fisherphillips.com
Candice Pinares-Baez
Fla. Bar No. 30545
cpinares-baez@fisherphillips.com
Fisher & Phillips LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301
Telephone (954) 525-4800
Facsimile (954) 525-8739

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on **January 17, 2017**, I electronically filed the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM** with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>Richard J. Caldwell, Esquire
>Law Offices of Richard J. Caldwell, P.A.
>66 West Flagler Street
>Suite 601
>Miami, Florida 33130
>richard@caldwell.legal
>yadira@caldwell.legal
>caldwelllaw@bellsouth.net

>By:    s/Candice C. Pinares-Baez
>Steven A. Siegel
>Fla. Bar No. 497274
>ssiegel@fisherphillips.com
>Candice Pinares-Baez
>Fla. Bar No. 30545
>cpinares-baez@fisherphillips.com
>Fisher & Phillips LLP
>450 East Las Olas Boulevard
>Suite 800
>Fort Lauderdale, Florida 33301
>Telephone (954) 525-4800
>Facsimile (954) 525-8739
>
>*Attorneys for Defendant*

**SERVICE LIST**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**HUGO MALTEZ v. SKY LEASE I INC.**
**CASE NO: 16-25091-CIV-SCOLA**

| | |
|---|---|
| Richard J. Caldwell, Esquire<br>Law Offices of Richard J. Caldwell, P.A.<br>66 West Flagler Street<br>Suite 601<br>Miami, Florida 33130<br>richard@caldwell.legal<br>yadira@caldwell.legal<br>caldwelllaw@bellsouth.net<br><br>*Attorney for Plaintiff* | Steven A. Siegel<br>ssiegel@fisherphillips.com<br>Candice C. Pinares-Baez<br>cpinares-baez@fisherphillips.com<br>FISHER & PHILLIPS, LLP<br>450 East Las Olas Boulevard, Suite 800<br>Fort Lauderdale, Florida 33301<br>Telephone (954) 525-4800<br>Facsimile (954) 525-8739<br><br>*Attorneys for Defendant* |