UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

**HUGO MALTEZ,**

      Plaintiff,

vs.                          Circuit Case No.   16-25091-Civ-Scola

**SKY LEASE I INC.**

      Defendant,
_____/

**JOINT STATUS REPORT**

The Parties Plaintiff, **HUGO MALTEZ**, and Defendant, **SKY LEASE I INC,** by and through the undersigned counsel, files this joint status report pursuant to this Court's Order Dated December 12, 2016 and states as follows:

**A.  SERVICE OF PROCESSS**

The Plaintiff HAS served the Defendant and does not anticipate any other Defendants will be added.

**B.  ANSWERS**

The Defendant has filed an answer

**C.  CLASS ACTION**

This is not a class action.

**D.  MEDIATION/MEDIATOR SELECTION**

The parties have not yet agreed upon a mediator, but anticipate that they will be abel to do so in the next ten (10) days.

**E.  PENDING SETTLEMENT NEGOTIATIONS**

The Parties are engaged in settlement negotiations, and have exchanged proposed settlement figures.   It is anticipated that the negotiations will be on going.

## F.  STATUS OF DISCOVERY

The Plaintiff served discovery request upon the Defendant.   It is anticipated that the parties will continue to propound discovery if the negotiations to resolve the matter fail.       The parties have just begun discovery and it is anticipated that the parties will be prepared for trial on or before October 10, 2017.

## G.  OTHER ISSUES/TRIAL

It is anticipated that the parties will need three (3) days for the trial of this matter.   It is undecided at this time as to the Parties agreement or use of General Magistrate, but other than that fact the Parties also do not believe that there are any other issues at this time that may affect the schedule as currently set.

Respectfully submitted on this 14 day of February, 2017.

| | |
|---|---|
| **FISHER & PHILLIPSS LLP.** | **LAW OFFICES OF RICHARD J. CALDWELL, PA.** |
| Attorney for Defendant | Attorneys for Plaintiff |
| 450 E. Las Olas Blvd  Suite 800 | 66 West Flagler Street, Suite #601 |
| Ft. Lauderdale, FL 33301 | Miami, FL 33130 |
| Tel: (954) 525-4800 | Tel: (305) 529-1040 |
| Fax: (954) 525-8739 | Email: richard@caldwell.legal |
| Email: cpinares-baez@fisherphillips.com | yadira@caldwell.legal caldwelllaw@bellsouth.net |
| BY:    _//S// Candice Pinares-Baez_____ | BY:    _//S//Richard J. Caldwell___ |
|            Candice C. Pinares-Baez |             Richard J. Caldwell, |
|            Florida Bar No.: 30545 |             Florida Bar No. 825654 |