United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Hugo Maltez, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 16-25091-Civ-Scola |
| | ) |
| Sky Lease I Inc., Defendant. | ) |

### Order Approving FLSA Settlement And Dismissing Action

The parties to this FLSA action have asked the Court to approve of their settlement agreement and to dismiss the case. (Jnt. Mot. for Approval of Settlement Agreement, ECF No. 13.) Having reviewed the record, the relevant legal authorities, and the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **approves** the parties' settlement agreement and **dismisses** this action with prejudice.

**Done and ordered** in chambers, at Miami, Florida, on April 17, 2017.

_____
Robert N. Scola, Jr.
United States District Judge